**IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MELISSA A. POSEY**                                                                             **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 3:07cv00665-DPJ-JCS**

**SUTHERLAND & SONS, ABC, DEF, AND
COURTNEY S. SUTHERLAND**                                        **DEFENDANTS**

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY THIS CAUSE came on to be heard on the Motion, *ore tenus*, of the Plaintiff, Melissa A. Posey, and Defendants, Sutherland & Sons and Courtney S. Sutherland, to dismiss all claims and for a Final Judgment dismissing Plaintiff's Complaint with prejudice; and it being made known to the Court that they have reached an accord and satisfaction of all claims between them, and all parties consenting to the entry of Final Judgment and agreeing that this cause should be dismissed with prejudice; and the Court, having heard and considered said Motion and being fully advised in the premises, finds that said Motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED the Plaintiff's claims in this cause be and the same are hereby dismissed with prejudice with each Party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 26th day of March, 2008.

                                                           s/ *Daniel P. Jordan III*
                                                           UNITED STATES DISTRICT JUDGE

AGREED:

/s/Eugene C. Tullos
Eugene C. Tullos, Esquire
Attorney for Plaintiff

/s/Thomas Y. Page
Thomas Y. Page, Esquire
Attorney for Defendant